IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN D. WILLIAMS,<br><br>                Plaintiff<br>     v.<br><br>CITY OF LANCASTER d/b/a<br>LANCASTER POLICE DEPARTMENT; and<br>PHILLIP BERNOT, Individually and in His Official<br>Capacity as an Officer for the<br>LANCASTER POLICE DEPARTMENT<br><br>                Defendants. | CIVIL ACTION NO.<br>18-2773 |

## ORDER

**AND NOW**, this 10th day of January, 2020, upon consideration of: Defendants' Motion for Summary Judgment (ECF No. 42) filed October 14, 2019, Defendants' Statement of Undisputed Facts in Support of their Motion for Summary Judgment (ECF No. 43) filed October 14 2019; Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 47) filed December 2, 2019, Defendants' Response to Plaintiff's Statement of Facts (ECF No. 50) filed December 10, 2019, Defendants' Reply Brief in Further Support of their Motion for Summary Judgment (ECF No. 52) filed December 11, 2019, and Plaintiff's Sur-Reply in Opposition to Defendants' Motion for Summary Judgment (ECF No. 59) filed December 18, 2019, **IT IS ORDERED** as follows:

       1.     Defendants' Motion for Summary Judgment on Plaintiff's excessive force claim against Officer Bernot in his individual capacity is **DENIED**.

       2.     Defendants' Motion for Summary Judgment on punitive damages is

1

**DENIED**.

        3.      Defendants' Motion for Summary Judgment on Plaintiff's claims against the City of Lancaster and against Officer Bernot in his official capacity, as an officer for the Lancaster Police Department, is **GRANTED**.

        BY THE COURT:

        */s/ Henry S. Perkin*
        HENRY S. PERKIN
        United States Magistrate