IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SEAN D. WILLIAMS,                                  :
                                                   :
                              Plaintiff,           :
         v.                                        :     CIVIL ACTION NO.
                                                   :         18-2773
PHILLIP BERNOT,                                    :
in his individual capacity                         :
                                                   :
                              Defendant.           :
_____:

**ORDER**

**AND NOW**, this 8th day of June, 2020, upon consideration of Defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 91) and Plaintiff's Response in Opposition (ECF No. 93); and after a hearing held on Defendant's motion on May 14, 2020, **IT IS ORDERED** as follows:

1. Defendant's Motion for to Dismiss for Lack of Prosecution is **DENIED**.

2. The Court imposes a sanction of a set off in the sum of $10,000 against any judgment entered in favor of Plaintiff. In other words, should a favorable verdict be entered as a judgment in favor of the Plaintiff at trial, the Court will, by this order, reduce it by the sum of $10,000.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate